UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21276-HUCK/SIMONTON

JOEL MARTINEZ,

    Plaintiff,

v.

ABL ENTERPRISES, II, INC.., a/k/a
SUPER TRANSMISSION & ENRIQUE
QUERRERO

    Defendants.
_____/



### DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants, ABL Enterprises, II, Inc. a/k/a Super Transmission and Enrique Guerrero, move, pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 6(b), to extend the date within which to respond to the Plaintiff's Complaint until June 10, 2005, on the following grounds:

1. On May 10, 2005, the Plaintiff filed a Complaint against Defendants.

2. Defendants were served with process on May 10, 2005. Accordingly, a response to the Complaint is currently due on Tuesday, May 31, 2005, since Monday, May 30, 2005, is Memorial Day, which is a legal holiday excluded in the computation time, pursuant to Rule 6 of the Federal Rules of Civil Procedure.

3. On May 25, 2005, the Defendants obtained legal representation from undersigned counsel to represent them in this action. Undersigned counsel requires additional time to adequately prepare a response on behalf of Defendants.

4. Rule 6(b) of the Federal Rules of Civil Procedure, states in part that: "[w]hen by these Rules or by notice given thereunder, or by order of Court an act is required or allowed to be done at or within a specified time the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order..."

5. Undersigned counsel has conferred with counsel for Plaintiff, who has no objection to the motion being granted.

WHEREFORE, Defendants respectfully request the Court to extend the date within which to respond to Plaintiff's Complaint by ten (10) days or until June 10, 2005.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished by facsimile and U.S. mail to: J.H. Zidell, City National Bank Building, 300 71st Street, Suite #605, Miami Beach, Florida 33141, this 25th day of May, 2005.

Glasser, Boreth, Ceasar & Kleppin
Attorneys for Defendants
8751 W. Broward Blvd
Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Fax (954) 474-7405
E-mail: Glabor@aol.com

By_____
Harry O. Boreth
Fla. Bar No. 190903

Chris Kleppin
Fla. Bar No. 625485

C:MyDocuments/SuperTransmission/Defts'UnoppMExtTimetoResptoComplaint/5-25-05